No. 76–5790. BOOTHE *v.* MISSOURI. Ct. App. Mo., Kansas City Dist. Certiorari denied.

No. 76–5791. OGROD *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 76–5799. LASLEY *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 76–5805. COLLINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–5806. ZATKO *v.* CALIFORNIA. Sup. Ct, Cal. Certiorari denied.

No. 76–5813. WHEELDON *v.* REYNOLDS. Sup. Ct. Colo. Certiorari denied.

No. 76–5816. CRANE *v.* RAM ENTERPRISES, INC. C. A. 9th Cir. Certiorari denied.

No. 76–5817. CRANE *v.* CITY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5818. CRANE *v.* COUNTY OF RIVERSIDE ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5819. BANKS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 76–5822. SMOCK *v.* KESSLER, JUDGE, ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 76–5849. BYNUM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5861. MOSS *v.* UNITED STATES; and
No. 76–5863. DOWNEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.